IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALFREDO ESPARZA, SR. ) <br> ) <br> Defendant. ) <br> ) | Case No. CR 07-294-S-BLW <br><br> **REPORT AND RECOMMENDATION** |

On May 19, 2008, Defendant appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. Defendant executed a written waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to Defendant the nature of the charges, the maximum penalties applicable, his constitutional rights, the effect of the Sentencing Guidelines, and that the District Judge would not be bound by any agreement of the parties as to the penalty to be imposed.

Having conducted the change of plea hearing and having inquired of Defendant and his counsel, and counsel for the United States, the Court concludes that there is a factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

Based upon the foregoing, this Court recommends that the District Court:

(1)     accept the Defendant's plea of guilty to the Amended Information;

(2)     accept the Defendants's plea of guilty to the crimes charged in Counts Three (3), Four (4), Five (5), Six (6), Seven (7), Eight (8), Eleven (11), Twelve (12), Thirteen (13), and Fourteen (14) of the Indictment; and

(3)     order the forfeiture of the property set forth in Counts Twelve (12), Thirteen (13), and Fourteen (14) of the Indictment and tin he Plea Agreement..

DATED: **May 19, 2008.**

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge